JOHN ROBERTSON, MAYOR OF WASHINGTON TOWNSHIP, PLAINTIFF-APPELLANT, v. THE WASHINGTON TOWNSHIP MUNICIPAL UTILITIES AUTHORITY, DEFENDANT-RESPONDENT, AND THE WASHINGTON TOWNSHIP MUNICIPAL UTILITIES AUTHORITY, PLAINTIFF-RESPONDENT, v. JOHN ROBERTSON, MAYOR OF WASHINGTON TOWNSHIP, DEFENDANT-APPELLANT.

Superior Court of New Jersey
Appellate Division

Submitted January 14, 1987—Decided February 19, 1987.

Before Judges FURMAN, DREIER and SHEBELL.

*Alacqua & Wiltsee,* attorneys for appellant *(Joseph A. Alacqua* on the brief).

*Rafferty & Costa,* attorneys for respondent *(James E. Rafferty* on the brief).

PER CURIAM.

We affirm substantially for the reasons stated by Judge Edward S. Miller in his opinion reported at 211 *N.J.Super.* 504 (Law Div.1986).